UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) No. 23 CR 50020-2 |
| LUKE CURRY | ) Magistrate Judge Lisa A. Jensen |

## JOINT WRITTEN STATUS REPORT

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and defendant LUKE CURRY, through his attorney Peter R. Moyers, hereby submit the following Joint Status Report pursuant to the Court's March 6, 2024, order (Dkt. 60):

(a) Status of case:

On May 2, 2023, defendant Luke Curry was indicted and charged with multiple counts of wire fraud. On May 17, 2023, the defendant's initial appearance and arraignment were held. Defendant is on pre-trial release.

(b) Progress of discovery:

On April 7, 2024, defendant's counsel motioned the court for leave to withdraw due to a life-threatening medical condition requiring immediate treatment. Dkt. 61.

On April 8, 2024, the court ordered attorney Peter Moyers to enter his appears by April 15, 2024. Dkt. 62.

On April 10, 2024, attorney Moyers entered his appearance. Dkt. 63.

On June 29, 2023, the Court entered a protective order governing discovery. The government has been continuously preparing copies of all materials to tender in discovery to the defense which includes subpoenaed materials. The government sent to new defense counsel on April 26, 2024, copies of all discovery previously disclosed to defendant's prior counsel. The government has not yet completed production of all discovery in this case and anticipates that it will continue to tender additional discovery, including within the next 21 days. Additionally, defense counsel continues to process the discovery provided thus far by the government. Therefore, counsel requests another 60 days to continue to review discovery.

(c) Discussions:

The parties have not begun plea discussions.

(d) Proposed schedule:

The parties request a joint status report in approximately 60-90 days. The parties agree that time should be excluded for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) to and including the date the next status report is due.

Jointly submitted on May 3, 2024, by:

| | |
|---|---|
| MORRIS PASQUAL<br>Acting United States Attorney | FOR DEFENDANT: |
| BY:  /s/Lisa R. Munch<br>LISA R. MUNCH<br>VINCENZA TOMLINSON<br>Assistant United States Attorneys<br>327 South Church Street, Suite 3300<br>Rockford, Illinois 61101<br>(815) 987-4444<br>lisa.munch@usdoj.gov | BY:<br> PETER R. MOYERS<br>THE MOYERS LAW FIRM, LLC<br>601 Sawyer Terrace<br>#5041<br>Madison, Wisconsin 53705<br>Tel: 608-286-8399<br>peter@moyerslawfirm.com |