UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>LUKE CURRY )<br>) | No. 23 CR 50020-2<br><br>Magistrate Judge Lisa A. Jensen |

## JOINT WRITTEN STATUS REPORT

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and defendant LUKE CURRY, through his attorney Peter R. Moyers, hereby submit the following Joint Status Report pursuant to the Court's May 6, 2024, order (Dkt. 68):

(a) Status of case:

On May 2, 2023, defendant Luke Curry was indicted and charged with multiple counts of wire fraud. On May 17, 2023, the defendant's initial appearance and arraignment were held. Defendant is on pre-trial release.

(b) Progress of discovery:

Counsel for defendant Mark Carroll continues to review the extensive discovery which has been provided. The government has not yet completed the production of discovery and anticipate further discovery being provided within the next 21 days. An additional period of time of 60 days is requested in order to continue the production of discovery and the defense review of that discovery.

(c) Discussions:

The parties have not begun plea discussions.

(d) Proposed schedule:

The parties request a joint status report in approximately 60-90 days. The parties agree that time should be excluded for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) to and including the date the next status report is due.

Jointly submitted on July 2, 2024, by:

| | |
|---|---|
| MORRIS PASQUAL<br>Acting United States Attorney | FOR DEFENDANT: |
| BY:   */s/Lisa R. Munch*<br>LISA R. MUNCH<br>VINCENZA TOMLINSON<br>Assistant United States Attorneys<br>327 South Church Street, Suite 3300<br>Rockford, Illinois 61101<br>(815) 987-4444<br>lisa.munch@usdoj.gov | BY:<br>PETER R. MOYERS<br>THE MOYERS LAW FIRM, LLC<br>601 Sawyer Terrace<br>#5041<br>Madison, Wisconsin 53705<br>Tel: 608-286-8399<br>peter@moyerslawfirm.com |